1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br> Plaintiff(s), <br><br> v. <br><br> PACIFIC SHIP REPAIR & FABRICATION INC, <br> Defendant(s). | CASE NO. C23-0645-KKE <br><br> ORDER FOR CASE STATUS REPORT |

This matter comes before the Court sua sponte.  On October 6, 2023, the Clerk's office granted Plaintiff's motion for entry of default against Defendant.  Dkt. No. 10.  Neither party has filed anything in the case since then.  As it has been nearly 120 days without activity in this case and no deadlines are currently set, the Court ORDERS Plaintiff to provide a brief case status report by February 16, 2024.

Dated this 8th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER FOR CASE STATUS REPORT - 1